**KURT G. ALME**
First Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 1478
Billings, MT 59103
2929 Third Avenue North, Suite 400
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
E-Mail: kurt.alme@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED
BILLINGS DIV.

2009 MAR 12 PM 4 03

PATRICK E. DUFFY, CLERK
BY_____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JODY STEPHENS,<br><br>        Defendant. | CR 09-40-BLG-RFC<br><br>INFORMATION<br><br>MISPRISION OF A FELONY<br>Title 18 U.S.C. § 4<br>(Penalty: 3 years imprisonment, $250,000 fine, and one year supervised release) |
|---|---|

1

S:\crim\2007r00102\stepens info.wpd

THE UNITED STATES ATTORNEY CHARGES:

On or about September 13, 2006, at Billings, in the State and District of Montana, and elsewhere, the defendant, JODY STEPHENS, having knowledge of the actual commission of a felony cognizable by a court of the United States, that is mail fraud as set forth at 18 U.S.C. § 1341, did conceal the felony by lying to a customer about the reason the loan on his trade-in had not been paid, and did not as soon as possible make known the felony to some judge or other person in civil or military authority under the United States, in violation of 18 U.S.C. § 4.

DATED this 12th day of March, 2009.

WILLIAM W. MERCER
United States Attorney

KURT G. ALME
First Assistant U.S. Attorney
Attorney for Plaintiff

WILLIAM W. MERCER
United States Attorney
Attorney for Plaintiff

for CARL E. ROSTAD
Criminal Chief Assistant U.S. Attorney
Attorney for Plaintiff